**B1 (Official Form 1) (04/13)**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:26 - 310123-302Y-***** - PDF-XChange 4.0

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Watson Services, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 22-2782262 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>47 Grand Street<br>Newburgh, NY                    ZIPCODE 12550 | Street Address of Joint Debtor (No. and Street, City, and State)                    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other    Food service

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [ ] 1-49 | [ ] 50-99 | [✓] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Watson Services, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed:   N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date</td></tr>
</table>

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (04/13)**                                                                                            **Page 3**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Watson Services, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X   /s/ Mike Pinsky
_____
Signature of Attorney for Debtor(s)

MIKE PINSKY
_____
Printed Name of Attorney for Debtor(s)

Hayward, Parker, O'Leary & Pinsky
_____
Firm Name

225 Dolson Avenue, PO Box 929
_____
Address

Middletown, NY 10940
_____

845-343-6227
_____
Telephone Number

01/13/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Frederick A. Watson
_____
Signature of Authorized Individual

FREDERICK A. WATSON
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

01/13/2015
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION

The undersigned, being the President and Secretary of Watson Services, Inc., a

corporation organized under the laws of the State of New Jersey, now certifies that, prior notice

having been waived, a special meeting of the company's directors was duly held on January 12,

2015 for which, notice having been waived, all of the company's directors were present. At such

meeting, the following resolution was duly adopted:

"WHEREAS, as this company is presently unable to pay its debts as they come due, it is hereby,

RESOLVED, that the company, by and through its President, is authorized to file a petition for reorganization under chapter 11 of title 11, United States Code; to sign such petition, papers and affidavits as may be required in said proceedings; and it is hereby further authorized and empowered to retain the firm of Hayward, Parker, O'Leary & Pinsky, 225 Dolson Avenue Suite 303, PO Box 929, Middletown NY 10940, as its attorneys in such matter(s)."

IN WITNESS WHEREOF, I have signed the certificate by Order of said Directors this

13th day of January, 2015.


WATSON SERVICES, INC.

By: _____
Frederick Watson
President

B6A (Official Form 6A) (12/07)

In re    Watson Services, Inc.                                  Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:26 - 31023-302Y-***** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07)**

In re  Watson Services, Inc.                                    Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account - 5122 Operating<br>JPMorgan Chase Bank | | 118,011.53 |
| | | Checking account - 5130 Payroll<br>JPMorgan Chase Bank | | 23,276.32 |
| | | Checking account - 3205 MVP-HRA<br>JPMorgan Chase Bank | | 0.00 |
| | | Checking account - 9746 Payroll - PEC<br>Bank of America | | 6,407.08 |
| | | Checking account - 5223 Payroll - YT<br>Bank of America | | 380.38 |
| | | Checking account - 7159 Payroll - Annapolis<br>Bank of America | | 17,452.86 |
| | | Checking account - 6122 Payroll - USCG-FM<br>PNC Bank | | 808.93 |
| | | Checking account - 7676 Payroll USCF-SSM<br>Huntington Bank | | 2,736.85 |
| | | Checking account - 8254 Payroll-PRJCC<br>First National Bank | | 1,041.34 |

In re   __Watson Services, Inc.__            Case No.  _____

            **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached. Includes pending cost recovery items. | | 853,022.77 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |



**WATSON SERVICES, INC.**
Account Receivable
2014

| Billable Costs/Revenue - To be invoiced/posted to customer accounts | | Accounts Receivable--<br>Receivable Mgmt<br>Report @ Month End | Accounts Receivable |
|---|---|---|---|
| Balance Forwarded from 11/30/14 | 887,728.08 | | |
| Award Fee 10/1/14-1/31/15 [12/31/14] | 32,252.89 | | |
| Accrual of Dec alloc USMA284 1/3/15 | 125,119.27  USMA284 1/6/15 | | |
| Reversal of accrued Nov alloc USMA281 12/6/14 | (155,077.47) | 9 | |
| Write off of 2012-2013 West Point adjustment--never billed | | | |
| [prior period adjustment] | (37,000.00) | | |
| Other Receivables @ 12/31/14 | 853,022.77 | 640,039.57 | 1,493,062.34 |

*All Other Receivables--West Point Contract

| | | |
|---|---|---|
| 184,373.65 | ICE G&A 2008 Recorded 2013 | |
| 96,758.67 | Accrued FYE 15 AF-Oct, Nov,Dec | |
| 125,119.27 | Accrual of Dec alloc USMA284 1/3/15 | |
| 126,208.92 | Recoverable Costs - Insurance 2007-2009 | |
| 153,484.56 | Recoverable Costs - Insurance 2010-2012 | |
| 167,077.69 | Recoverable Costs - Legal 2009-2014 | 472,527.81 |
| 853,022.76 | | 472,527.81 |
| 0.01 | tsta/tsti | - |

*Attachment to #16*

1/7/2015 1:07 PM

| System: | 1/7/2015 | | 6:41:16 AM | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| User Date: | 1/7/2015 | | | | | | | User ID: | emily |

**DETAIL HISTORICAL AGED TRIAL BALANCE**

Watson Services Inc

Receivables Management

Ranges:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Customer ID: | BCP001 - YMDC001 | | User-Defined 1: | First - Last | | State: | First - Last | |
| Customer Class: | First - Last | | Customer Name: | First - Last | | Telephone: | First - Last | |
| Salesperson ID: | First - Last | | Short Name: | First - Last | | ZIP Code: | First - Last | |
| Sales Territory: | First - Last | | Posting Date: | First - 12/31/2014 | | | | |

| | | | | |
|---|---|---|---|---|
| Account Type: | All | | Customer: | by Customer ID |
| Aging Date: | 12/31/2014 | | Document: | by Document Number |

Exclude:    Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

*- Indicates an unposted credit document that has been applied.

---

| Customer: | CGS001 | | Name: | U.S. Coast Guard-VA | | Account Type: | Open Item |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit: | Unlimited |
| Contact: | Commander | Territory: | | | |
| Phone: | (757) 523-6940 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | |
|---|---|---|---|---|---|---|---|---|---|---|
| ES-041 | SLS | 11/30/2003 | $5,256.36 | | | | | | $5,256.36 | |
| | | | | | | | | | | Balance |
| | | | Totals: | | | $0.00 | $0.00 | $0.00 | $5,256.36 | $5,256.36 |

---

| Customer: | CGS004 | | Name: | Coast Guard - Sault St. Marie | | Account Type: | Open Item |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | |
|---|---|---|---|---|---|---|---|---|---|---|
| CGSSM-113 | SLS | 1/6/2015 | $13,382.32 | | | $13,382.32 | | | | |
| | | | | | | | | | | Balance |
| | | | Totals: | | | $13,382.32 | $0.00 | $0.00 | $0.00 | $13,382.32 |

---

| Customer: | CGS005 | | Name: | Coast Guard - Ft. Macon | | Account Type: | Open Item |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | |
|---|---|---|---|---|---|---|---|---|---|---|
| CGFM | SLS | 12/12/2014 | $24,820.04 | | | | $24,820.04 | | | |
| R0000000000004471 | | 12/19/2014 | | | | | ($20,857.93) | | | |
| CGFM176 | SLS | 12/31/2014 | $25,606.79 | | | $25,606.79 | | | | |
| | | | | | | | | | | Balance |
| | | | Totals: | | | $25,606.79 | $3,962.11 | $0.00 | $0.00 | $29,568.90 |

---

| Customer: | CGS007 | | Name: | Coast Guard - Yorktown, VA | | Account Type: | Open Item |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit: | Unlimited |
| Contact: | Roberta Smith | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| CGYT-56C | SLS | 12/31/2014 | $94,186.16 | | | $94,186.16 | | | |

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Totals: | $94,186.16 | $0.00 | $0.00 | $0.00 | $94,186.16 |

**Customer:  CGS008**                          Name:   Coast Guard - Port of York                    Account Type:  Open Item

| User-Defined 1: | | Salesperson: | | Credit: | |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | Unlimited |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | 15 Days | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| CGPOY-56C | SLS | 12/31/2014 | $21,357.68 | | | $21,357.68 | | | |
| CGPOY50 | SLS | 8/1/2014 | $39,284.44 | | | | | | $39,284.44 |
| R0000000000004412 | | 8/22/2014 | | | | | | | ($38,910.75) |

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Totals: | $21,357.68 | $0.00 | $0.00 | $373.69 | $21,731.37 |

**Customer:  FDNY001**                         Name:   FDNY-Fiscal Services                          Account Type:  Open Item

| User-Defined 1: | | Salesperson: | | Credit: | |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | Unlimited |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| FDNY-2073 | SLS | 10/23/2014 | $26,127.86 | | | | | | $26,127.86 |
| FDNY-2074 | SLS | 12/17/2014 | $29,653.66 | | | | $29,653.66 | | |

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Totals: | $0.00 | $29,653.66 | $0.00 | $26,127.86 | $55,781.52 |

**Customer:  NAVY001**                         Name:   US NAVAL ACADEMY                             Account Type:  Open Item

| User-Defined 1: | | Salesperson: | | Credit: | |
|---|---|---|---|---|---|
| Contact: | RACHEL ARMES | Territory: | | | Unlimited |
| Phone: | (215) 697-4759 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| USNA169 | SLS | 1/1/2015 | $152,447.97 | | | $152,447.97 | | | |

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Totals: | $152,447.97 | $0.00 | $0.00 | $0.00 | $152,447.97 |

**Customer:  PEC001**                          Name:   Camp Robinson - PEC Dining Facility          Account Type:  Open Item

| User-Defined 1: | | Salesperson: | | Credit: | |
|---|---|---|---|---|---|
| Contact: | Timothy Pighee | Territory: | | | Unlimited |
| Phone: | (501) 212-4401 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| PEC-220 | SLS | 12/1/2014 | $10,802.09 | | | | $10,802.09 | | |
| PEC-221 | SLS | 12/16/2014 | $10,802.09 | | | | $10,802.09 | | |
| PEC-222 | SLS | 1/6/2015 | $10,802.09 | | | $10,802.09 | | | |

|  |  |  |  |  | Balance |
|---|---|---|---|---|---|
| Totals: | $10,802.09 | $21,604.18 | $0.00 | $0.00 | $32,406.27 |

System:  1/7/2015
User Date:  1/7/2015
6:41:16 AM
15-35048-cgm    Doc 1    Filed 01/13/15    Entered 01/13/15 14:54:54    Main Document
Pg 11 of 81
Page:  3
User ID:  emily

**DETAIL HISTORICAL AGED TRIAL BALANCE**

**Watson Services Inc**

| Customer: | PRJCC700 | | Name: | Pine Ridge Job Corps Center | | | Account Type: | Open Item | | |
|---|---|---|---|---|---|---|---|---|---|---|

| User-Defined 1: | | | Salesperson: | | | Credit: | | Unlimited | |
|---|---|---|---|---|---|---|---|---|---|
| Contact: | Lori Helbult | | Territory: | | | | | | |
| Phone: | (308) 432-8602 Ext. 0000 | | Terms: | Net 30 | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| DEBIT000000000016 | DR | 12/31/2014 | $0.10 | | | $0.10 | | | |
| PRJCC-151MS | SLS | 11/4/2014 | $107.40 | | | | | $107.40 | |
| PRJCC-153 | SLS | 1/6/2015 | $41,220.08 | | | $41,220.08 | | | |
| R0000000000004333 | PMT | 2/19/2014 | ($52,291.51) | | | ($0.10) | | | |

| | | | | | Totals: | $41,220.08 | $0.00 | $107.40 | $0.00 | Balance $41,327.48 |
|---|---|---|---|---|---|---|---|---|---|---|

| Customer: | WES001 | | Name: | Contracting Office USMA | | | Account Type: | Open Item | | |
|---|---|---|---|---|---|---|---|---|---|---|

| User-Defined 1: | | | Salesperson: | | | Credit: | | Unlimited | |
|---|---|---|---|---|---|---|---|---|---|
| Contact: | Linda Napolitano | | Territory: | | | | | | |
| Phone: | (914) 938-2221 Ext. 0000 | | Terms: | Net 30 | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| INT INC 03-2014 | SLS | 12/31/2014 | $181.53 | | | $181.53 | | | |
| R0000000000004325 | PMT | 1/17/2014 | ($275,073.47) | | | ($169.53) | | | |
| R0000000000004346 | PMT | 3/18/2014 | ($256,465.91) | | | ($181.53) | | | |
| USMA PYT 01172014 | FIN | 1/17/2014 | $169.53 | | | | | | $169.53 |
| USMA-283C | SLS | 1/6/2015 | $1,288.56 | | | $1,288.56 | | | |
| USMA282 | SLS | 12/23/2014 | $197,919.02 | | | | $197,919.02 | | |

| | | | | | Totals: | $1,119.03 | $197,919.02 | $0.00 | $169.53 | Balance $199,207.58 |
|---|---|---|---|---|---|---|---|---|---|---|

| | Customer(s) | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | Balance |
|---|---|---|---|---|---|---|
| Grand Totals: | 10 | $360,122.12 | $253,138.97 | $107.40 | $31,927.44 | $645,295.93 |

In re   Watson Services, Inc.                                                 Case No. _____
_____                                                    (If known)
        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Ford E-250 Cargo Van | | 0.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Furniture/conference table, desks/fixtures - See attached. | | 5,300.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | See attached. | | 20,164.00 |
| 30.  Inventory. | | Foodstuffs, paper products, related supplies | | 1.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold improvements - See attached | | 54,377.00 |

_____0_____    continuation sheets attached    Total    $    1,102,980.06

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**WATSON SERVICES**
**FIXED ASSETS/DEPRECIATION**
**DECEMBER 31, 2014**

| DESCRIPTION | DATE ACQUIRED | MTHD | Months | LIFE | ORIGINAL COST | STATE LOCATION | 2012 Depreciation | ACCUM DEPREC @12/31/13 | 2014 Depreciation | ACCUM DEPREC @12/31/14 | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Leasehold Improvements [GP 00-1241-000-00] | | | | | | | | | | | |
| Leasehold Improvements | 07/01/02 | SL | | 15 | 69,047.00 | GNH | 4,603.13 | 42,410.83 | 4,603.13 | 47,013.96 | 26,636.17 |
| Leasehold Improvements | 09/01/08 | SL | | 15 | 21,500.00 | GNH | 1,433.33 | 7,644.42 | 1,433.33 | 9,077.76 | 13,855.58 |
| Leasehold Improvements | 07/01/08 | SL | | 15 | 21,000.00 | GNH | 1,400.00 | 7,700.00 | 1,400.00 | 9,100.00 | 13,300.00 |
| Leasehold Improvements | 05/01/08 | SL | | 15 | 940.69 | GNH | 62.71 | 355.37 | 62.71 | 418.08 | 585.32 |
| Additions: n/a | | | | | 112,487.69 TB | | 7,499.18 | 58,110.62 | 7,499.18 | 65,609.80 | 54,377.07 |
| | | | | | - | | - | - | - | - | |
| Machinery & Equipment @ Year End | 2014 | | | | 112,487.69 | | 7,499.18 | 58,110.62 | 7,499.18 | 65,609.80 | 54,377.07 |

WATSON SERVICES
FIXED ASSETS/DEPRECIATION
DECEMBER 31, 2014

| DESCRIPTION | DATE ACQUIRED | MTHD | Months | LIFE | ORIGINAL COST | STATE LOCATION | 2012 Depreciation | ACCUM DEPREC @12/31/13 | 2014 Depreciation | ACCUM DEPREC @12/31/14 | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Machinery & Equipment [GP 00-1230-000-00]** | | | | | | | | | | | |
| HP Micro Tower PC | 02/16/02 | SL | | 3 | 1,160.00 | | - | 1,160.00 | - | 1,160.00 | 0.00 |
| Biometric Time Clock | 06/01/02 | SL | | 5 | 1,823.00 | | - | 1,823.00 | - | 1,823.00 | |
| Carpet Extraction Unit | 07/01/02 | SL | | 5 | 1,249.49 | | - | 1,249.49 | - | 1,249.49 | - |
| Time Clock | 07/01/02 | SL | | 5 | 1,451.80 | | - | 1,451.80 | - | 1,451.80 | - |
| Equipment | 09/01/02 | SL | | 5 | 5,141.00 | | - | 5,141.00 | - | 5,141.00 | - |
| Computer Equipment | 05/18/05 | SL | | 3 | 17,121.42 | NYNBG | - | 17,121.42 | - | 17,121.42 | - |
| Computer Equipment | 06/21/05 | SL | | 3 | 4,676.00 | NYNBG | - | 4,676.00 | - | 4,676.00 | 0.00 |
| Computer Equipment | 07/01/05 | SL | | 3 | 13,850.00 | NYNBG | - | 13,850.00 | - | 13,850.00 | 0.00 |
| Equipment | 10/01/05 | SL | | 3 | 3,839.00 | VA YT | - | 3,839.00 | - | 3,839.00 | 0.00 |
| HP Micro Tower PC | 09/08/06 | SL | | 3 | 1,358.00 | | - | 1,358.00 | | 1,358.00 | (0.00) |
| Computer Equipment | 10/01/09 | SL | | 3 | 1,757.94 | NYNBG | 439.48 | 1,757.95 | - | 1,757.95 | (0.00) |
| Safe-Gardell Model B2815 | 01/03/10 | SL | | 5 | 1,317.67 | AR | 263.53 | 1,054.14 | 263.53 | 1,317.67 | - |
| Safe-Permavault Top Drop | 01/03/10 | S | | | | | 170.64 | 682.56 | 170.64 | 853.20 | - |
| Portable Fryer 50 lb | 01/03/10 | S | | | | | 350.54 | 1,402.14 | 350.54 | 1,752.68 | - |
| Datek-Readyspace-Carpet cleaner | 02/01/10 | S | | | | | 1,710.19 | 6,698.23 | 1,710.19 | 8,408.41 | 142.52 |
| Safe-SafeEnd Model F2014C  AR | 07/08/10 | S | | | | | 132.88 | 465.08 | 132.88 | 597.96 | 66.44 |
| Safe-SafeEnd Model F2014C  NE | 07/31/10 | SI | | | | | 139.12 | 475.33 | 139.12 | 614.45 | 81.15 |
| Small Business Server w/licenses | 09/10/10 | SI | | | | | 1,958.00 | 5,874.00 | - | 5,874.00 | - |
| Computer-Battery B/U Units | 09/15/10 | SI | | | | | 424.77 | 1,274.31 | - | 1,274.31 | (0.00) |
| Sonic Wall Upgrade w/Antivirus | 09/17/10 | SL | | | | | 691.67 | 2,075.00 | - | 2,075.00 | - |
| Computer Upgrade | 09/22/10 | SL | | | | | 2,333.33 | 7,000.00 | - | 7,000.00 | - |
| Computer Equipment | 09/25/10 | SL | | | | | 1,156.14 | 12,468.43 | - | 12,468.43 | (0.00) |

2014_Depreciation_TL.xlsx
Fixed Assets Schedule 2014
2 of 4

WATSON SERVICES
FIXED ASSETS/DEPRECIATION
DECEMBER 31, 2014

| DESCRIPTION | DATE ACQUIRED | MTHD | Months | LIFE | ORIGINAL COST | STATE LOCATION | 2012 Depreciation | ACCUM DEPREC @12/31/13 | 2014 Depreciation | ACCUM DEPREC @12/31/14 | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 1/10/2012 | SL | | 3 | 2,874.00 | | 958.00 | 1,925.38 | 948.62 | 2,874.00 | - |
| Wrangler 27" Scrubber | 04/06/12 | SL | | 5 | 7,806.91 | | 1,171.04 | 1,171.04 | 1,561.38 | 2,732.42 | 5,074.49 |
| Dust Control System | 04/06/12 | SL | | 5 | 4,325.75 | | 648.86 | 648.86 | 865.15 | 1,514.01 | 2,811.74 |
| Unreconciled variance | 12/31/12 | | | | 0.00 | | | 0.00 | - | 0.00 | - |
| Unreconciled variance | 12/31/12 | | | | 859.01 | | | 0.00 | - | 0.00 | - |
| Computer | 6/27/2013 | SL | | 3 | 1,295.35 | MI | | 215.89 | 431.78 | 647.68 | 1,079.46 |
| Computers | 10/24/2013 | SL | | 3 | 4,800.09 | NY | | 266.67 | 1,600.03 | 1,866.70 | 4,533.42 |
| | | | | | 117,914.97 TB | | 15,548.19 | 97,124.70 | 8,173.86 | 105,298.56 | 13,789.21 |
| Additions: | | | | | | | | | | | |
| Avaya Telephone System | 8/25/2014 | SL | | 5 | 6,830.58 | | | - | 455.37 | 455.37 | 6,375.21 |
| | | | | | 6,830.58 | | - | - | 455.37 | 455.37 | 6,375.21 |
| Machinery & Equipment @ Year End | 2014 | | | | 124,745.55 | | 15,548.19 | 97,124.70 | 8,629.23 | 105,753.93 | 20,164.42 |

**WATSON SERVICES**
**FIXED ASSETS/DEPRECIATION**
**DECEMBER 31, 2014**

| DESCRIPTION | DATE ACQUIRED | MTHD | Months | LIFE | ORIGINAL COST | STATE LOCATION | 2012 Depreciation | ACCUM DEPREC @12/31/13 | 2014 Depreciation | ACCUM DEPREC @12/31/14 | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Autos - Original Values [GP 00-1210-000-00] | | | | | | | | | | | |
| Additions: | | | | | | | | | | | |
| 2010 Ford E-250 Cargo Van | 03/22/13 | SL | 84 | 7 | 10,508.00 | AR | - | 1,125.86 | 1,501.14 | 2,627.00 | 7,881.00 |
| Autos @ Year End | 2014 | | | | 10,508.00 | | - | 1,125.86 | 1,501.14 | 2,627.00 | 7,881.00 |
| | | | | | TB | | | | | | |
| | | | | | | | | | | | |
| Furniture & Fixtures [GP 00-1220-000-00] | | | | | | | | | | | |
| Furn/Conf. Table Desks (Chamber) | 06/01/02 | SL | | 5 | 5,300.00 | NYNBG | - | 5,300.00 | - | 5,300.00 | - |
| Office Furniture | 10/01/02 | SL | | 7 | 22,891.31 | NYNBG | - | 22,891.31 | - | 22,891.31 | 0.00 |
| | | | | | 28,191.31 | | - | 28,191.31 | - | 28,191.31 | 0.00 |
| Additions: | | | | | TB | | | | | | |
| n/a | | | | | - | | - | - | - | - | |
| Furniture & Fixtures @ Year End | 2014 | | | | 28,191.31 | | - | 22,891.31 | - | 22,891.31 | 0.00 |

2014_Depreciation_TL.xlsx
Fixed Assets Schedule 2014
1 of 4

B6C (Official Form 6C) (04/13)

In re ___Watson Services, Inc._____         Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                         $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

In re  Watson Services, Inc. _____ ,      Case No. _____

    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2013<br><br>JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 | X | | Lien: Line of Credit<br>Security: Inventory, chattel paper, accounts, equipment, general intangibles<br><br>VALUE $              0.00 | | | | 1,004,061.08 | 1,004,061.08 |
| ACCOUNT NO.<br><br>Small Business Administration<br>409 3rd St SW<br>Washington DC 20416 | | | <br><br>VALUE $              0.00 | | | | 129,485.28 | 129,485.28 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

| | | | |
|---|---|---|---|
| _0_ continuation sheets attached | Subtotal ▷ (Total of this page) | $ 1,133,546.36 | $ **1,133,546.36** |
| | Total ▷ (Use only on last page) | $ 1,133,546.36 | $ **1,133,546.36** |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re _____Watson Services, Inc._____,    Case No._____
                        Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/13) - Cont.**

In re_____Watson Services, Inc._____,    Case No._____
                                    Debtor                                                                                                    (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____  1  **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Watson Services, Inc. _____ ,          Case No. _____

    **Debtor**                 **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Consideration: 2014 | | | | 934.70 | 934.70 | 0.00 |
| ACCOUNT NO.<br><br>Treasurer - County of York<br>Ann Thomas<br>Commissioner of Revenue<br>PO Box 189<br>Yorktown VA 23690-0189 | | | | | | | 9,384.88 | 9,384.88 | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

            Subtotal ➢ | $ 10,319.58 | $ 10,319.58 | $ 0.00
(Totals of this page)

Total ➢ | $ 10,319.58
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➢ | $ | $ 10,319.58 | $ 0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re ___Watson Services, Inc._____,          Case No. _____
           **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TSON<br><br>A&E Advertising & Web Design<br>PO Box 729<br>Chester NY 10918 | | | Consideration: Advertising | | | | 559.30 |
| ACCOUNT NO. K433<br><br>AFLAC<br>22 Corporate Woods Blvd<br>Albany NY 12211 | | | Consideration: Insurance | | | | 1,383.88 |
| ACCOUNT NO. J845<br><br>AFLAC<br>22 Corporate Woods Blvd<br>Albany NY 12211 | | | Consideration: Insurance | | | | 4,437.40 |
| ACCOUNT NO. 0978<br><br>ALSCO - Port of York<br>500 E South Temple<br>Salt Lake City UT 84102 | | | Consideration: Linens & uniform services | | | | 551.51 |

___21___ continuation sheets attached

Subtotal ▷ $      6,932.09

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____,        Case No. _____
           **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1140 <br><br> American Alarm Co Inc <br> 17 Rock Cut Road <br> Newburgh NY 12550 | | | Consideration: Security service | | | | 149.21 |
| ACCOUNT NO.  1002 <br><br> American Express <br> 200 Vesey Street <br> New York NY 10285 | | | Consideration: Credit card debt | | | | 35,491.49 |
| ACCOUNT NO. <br><br> Applied Underwriters <br> 10805 Old Mill Road <br> Omaha NE 68154 | | | Consideration: Insurance | | | | 19,500.00 |
| ACCOUNT NO.  6196 <br><br> Bank of America <br> 100 N Tryon St <br> Charlotte NC 28202 | | | Consideration: Credit card debt | | | | 28,201.49 |
| ACCOUNT NO.  9061 <br><br> Ben E Keith Foods <br> 601 E 7th Street <br> Fort Worth TX 76102 | | | Consideration: Foodservice supplies | | | | 118.21 |

Sheet no. __1__ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  83,460.40

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____ ,     Case No. _____

        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Boston Mutual Life Insurance<br>PO Box 55153<br>Boston MA 02205 | | | Consideration: Insurance | | | | 74.72 |
| ACCOUNT NO.  TSON<br><br>C&D Window Cleaning<br>PO Box 385<br>New Hampton NY 10958 | | | Consideration: Window cleaning | | | | 400.00 |
| ACCOUNT NO.<br><br>Carol Naberhaus<br>217 South Drive<br>Beaufort NC 28516 | | | Consideration: Petty cash | | | | 422.41 |
| ACCOUNT NO.  01-0<br><br>Central Hudson Gas & Electric<br>284 South Ave<br>Poughkeepsie NY 12601 | | | Consideration: Utilities | | | | 1,830.02 |
| ACCOUNT NO.  1250<br><br>Charles B Merrill<br>190S Robinson Ave<br>Newburgh NY 12550 | | | Consideration: Office supplies | | | | 3,427.90 |

Sheet no. __2__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    6,155.05

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____ ,   Case No. _____
    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0257 Charter Communications 12405 Powerscourt Drive St Louis MO 63131 | | | Consideration: Internet | | | | 128.75 |
| ACCOUNT NO. Chase Card Services PO Box 15298 Wilmington DE 19850-5298 | | | Consideration: Credit card debt | | | | 22,429.88 |
| ACCOUNT NO. 1011 Chase Line of Credit PO Box 6026 Mail Code IL1-0054 Chicago IL 60680 | | | | | | | 17,807.96 |
| ACCOUNT NO. 0165 Cintas Corporation 6800 Cintas Blvd Cincinnati OH 45262 | | | Consideration: Facility services | | | | 2,313.38 |
| ACCOUNT NO. TSON Contractors Plan Trust 11910 Anderson Mill Road Austin TX 78726 | | | Consideration: Benefits | | | | 65,254.48 |

Sheet no. _3_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 107,934.45

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Watson Services, Inc.                                    ,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2442<br><br>Coverall<br>1050 Wall St W Ste 220<br>Lyndenhurst NJ 07071 | | | Consideration: Cleaning service | | | | 778.50 |
| ACCOUNT NO.  6501<br><br>Cox Communications<br>1400 Hearn Drive<br>Atlanta GA 30319 | | | Consideration: Communication services | | | | 177.00 |
| ACCOUNT NO.  5801<br><br>Cox Communications<br>1400 Hearn Drive<br>Atlanta GA 30319 | | | | | | | 140.32 |
| ACCOUNT NO.  2141<br><br>Culligan<br>131 Little Britain Road<br>Newburgh NY 12550 | | | | | | | 50.66 |
| ACCOUNT NO.  C035<br><br>Dusty Mop & Mat Rental Service<br>9924 Blake St<br>Mabelvale AR 72103 | | | Consideration: Cleaning services | | | | 3,313.99 |

Sheet no. __4__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   4,460.47

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Watson Services, Inc._____,   Case No. _____
           **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0104<br><br>Earthgrains Baking Co<br>255 Business Center Drive<br>Horsham PA 19044 | | | Consideration: Foodservice supplies | | | | 2,056.79 |
| ACCOUNT NO.  7693<br><br>Eco Lab<br>370 N Wabasha Street<br>St Paul MN 55102 | | | Consideration: Food safety services | | | | 525.85 |
| ACCOUNT NO.  6177<br><br>Eco Lab<br>370 N Wabasha Street<br>St Paul MN 55102 | | | Consideration: Food safety services | | | | 1,894.45 |
| ACCOUNT NO.  0001<br><br>Eco Lab Pest Elim Division<br>26252 Network Place<br>Chicago IL 60673 | | | Consideration: Pest control | | | | 719.50 |
| ACCOUNT NO.  4764<br><br>Eco Lab Pest Elim Division<br>26252 Network Place<br>Chicago IL 60673 | | | Consideration: Pest control | | | | 117.30 |

Sheet no. __5__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $   5,313.89

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____ ,        Case No. _____
        **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0002<br><br>Eco Lab Pest Elim Division<br>26252 Network Place<br>Chicago IL 60673 | | | Consideration: Pest control | | | | 936.00 |
| ACCOUNT NO. 3890<br><br>Ecolab<br>370 N Wabasha St<br>St Paul MN 55102 | | | Consideration: Food safety services | | | | 248.91 |
| ACCOUNT NO. 2453<br><br>Ecolab<br>370 N Wabasha St<br>St Paul MN 55102 | | | Consideration: Food safety services | | | | 528.10 |
| ACCOUNT NO. 6122<br><br>Ecolab Food Safety Specialties<br>24198 Network Place<br>Chicago IL 60673 | | | Consideration: Food safety services | | | | 59.73 |
| ACCOUNT NO. 0176<br><br>Ecoroq of Arkansas LLC<br>24300 Chenal Pkwy Ste 9<br>Little Rock AR 72223 | | | Consideration: Refrigeration services | | | | 576.00 |

Sheet no. __6__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  2,348.74

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Watson Services, Inc._____,    Case No. _____
        **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TSON<br><br>Epstein Becker & Green PC<br>250 Park Avenue<br>New York NY 10177 | | | Consideration: Legal services | | | | 34,919.44 |
| ACCOUNT NO.  03-1<br><br>Federal Express Corporation<br>3 Galleria Tower<br>13155 Noel Rd Ste 1600<br>Dallas TX 75240 | | | Consideration: Postage/delivery | | | | 2,037.45 |
| ACCOUNT NO.  5141<br><br>Food Services of America<br>16100 N 71st St Ste 400<br>Scottsdale AZ 85254 | | | Consideration: Foodservice supplies | | | | 58,143.10 |
| ACCOUNT NO.<br><br>Freedman & Lorry PC<br>1601 Market St Ste1500<br>Philadelphia PA 19103 | | | Attorney for ITPEU Health & Welfare Fund | | | | Notice Only |
| ACCOUNT NO.  tson<br><br>Girvin & Ferlazzo PC<br>20 Corporate Woods Blvd<br>Albany NY 12211 | | | Consideration: Legal services | | | | 13,055.64 |

Sheet no. __7__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal▷   $   108,155.63

                                     Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Watson Services, Inc._____,   Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0017<br><br>Gordon Food Service<br>3195 I75 Business Spur<br>Sault Ste Marie MI 49783 | | | Consideration: Foodservice supplies | | | | 125.07 |
| ACCOUNT NO.   9518<br><br>Gordon Food Services Inc<br>630 John Hancock Road<br>Tauton MA 02780 | | | Consideration: Foodservice supplies | | | | 47,299.71 |
| ACCOUNT NO.   TSON<br><br>Grand Newburgh Holdings LLC<br>47 Grand Street<br>Newburgh NY 12550 | | | Consideration: Rent | | | | 10,341.56 |
| ACCOUNT NO.   TSON<br><br>Great Neck Laundromat<br>4 Welwyn Road<br>Great Neck NY  11021 | | | Consideration: Laundry services | | | | 504.00 |
| ACCOUNT NO.   1571<br><br>Harris Sales<br>416 W 3rd Street<br>Alliance NE 69301 | | | Consideration: Equipment | | | | 3,387.71 |

Sheet no.  8  of 21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷　$　61,658.05

Total▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 310123-302Y-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____,    Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2J02 <br><br> HealthNow Administrative Service <br> 801 Lakeview Dr Ste 301 <br> Blue Bell PA 19422 | | | Consideration: Insurance | | | | 7,829.02 |
| ACCOUNT NO.  013 <br><br> Hub International <br> 777 Commerce Drive <br> Fairfield CT 06825 | | | | | | | 22,441.00 |
| ACCOUNT NO.  0825 <br><br> Hub International Northeast <br> 777 Commerce Drive <br> Fairfield CT 06825 | | | Consideration: Insurance | | | | 35,536.90 |
| ACCOUNT NO.  2049 <br><br> Hughes Network Systems LLC <br> 11717 Exploration Lane <br> Germantown MD 20875 | | | Consideration: satellite communication services | | | | 195.84 |
| ACCOUNT NO.  6642 <br><br> IPFS Corporation <br> 24722 Network Place <br> Chicago IL 60673 | | | | | | | 7,497.30 |

Sheet no. __9__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 73,500.06

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____,   Case No. _____

                   **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   TSON<br><br>ITPE Health & Welfare Fund<br>24 Oglethorpe Prof Blvd<br>PO Box 13817<br>Savannah GA 31406 | | | Consideration: Benefits | | | | 198,055.78 |
| ACCOUNT NO.   TSON<br><br>ITPE Pension Fund<br>216 North Ave East 2nd Fl<br>Cranford NJ 07016 | | | Consideration: Employee Benefits | | | | 135,152.92 |
| ACCOUNT NO.   TSON<br><br>ITPEU  AFL-CIO<br>2222 Bull St  Ste 200<br>Savannah GA 31401 | | | Consideration: Benefits | | | | 215.81 |
| ACCOUNT NO.   TSON<br><br>J2Datanet LLC<br>PO Box 356<br>Hawthorne NY 10532 | | | | | | | 1,450.00 |
| ACCOUNT NO.   2072<br><br>Jilberts Dairy Inc<br>24135 Network Place<br>Chicago IL 60673 | | | Consideration: Foodservice supplies | | | | 1,752.32 |

Sheet no. __10__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal▷   $   336,626.83

           Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Watson Services, Inc._____ ,    Case No. _____
               **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TSON<br><br>K Hall & Sons Enterprises<br>1900 Wright Ave<br>Little Rock AR 72202 | | | Consideration: Foodservice supplies | | | | 1,479.00 |
| ACCOUNT NO.  TSON<br><br>Keyimpact Sales & Systems<br>323 W 4th Street<br>North Little Rock AR 72114 | | | | | | | 2,200.65 |
| ACCOUNT NO.  -000<br><br>Kinoca Minolta<br>21146 Network Place<br>Chicago IL 60673 | | | Consideration: Office equipment | | | | 4,249.30 |
| ACCOUNT NO.  -000<br><br>Kinoca Minolta<br>21146 Network Place<br>Chicago IL 60673 | | | Consideration: Office supplies | | | | 1,232.60 |
| ACCOUNT NO.  4137<br><br>Lands End Business Outfitters<br>6 Lands End Lane<br>Dodgeville WI 53595 | | | Consideration: Clothing | | | | 344.69 |

Sheet no. __11__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    9,506.24

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____ ,    Case No. _____
    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Life Insurance Co of Boston & NY<br>PO Box 55068<br>Boston MA 02205 | | | Consideration: Insurance | | | | 145.04 |
| ACCOUNT NO.  8222<br>Lincoln Life & Annuity Company<br>1300 South Clinton St<br>Fort Wayne IN 46802 | | | Consideration: Insurance | | | | 1,413.29 |
| ACCOUNT NO.  8160<br>Mastermans LLP<br>11 C Street Bldg 10<br>Auburn MA 01501 | | | Consideration: Insurance | | | | 619.01 |
| ACCOUNT NO.  TSON<br>Matthew J Malta MD MPH<br>132 Holiday Court Ste 201<br>Annapolis MD 21401 | | | Consideration: Medical services | | | | 396.00 |
| ACCOUNT NO.  3095<br>Minges Bottling Group<br>128 Pepsi Way<br>Ayden NC 28513 | | | Consideration: Foodservice supplies | | | | 1,531.29 |

Sheet no. __12__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    4,104.63

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 310023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Watson Services, Inc._____ ,   Case No. _____

          **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6323 <br><br> NUCO2 LLC <br> 2800 NE Market PL <br> Stuart FL 34997 | | | Consideration: Foodservice supplies | | | | 894.06 |
| ACCOUNT NO.  0854 <br><br> Pepsi Cola Alliance <br> 1901 Windhoek Dr <br> Lincoln NE 68512 | | | Consideration: Foodservice supplies | | | | 980.76 |
| ACCOUNT NO.  7949 <br><br> Pepsi-Cola <br> 17200 Warwick Blvd <br> Newport News VA 23603 | | | Consideration: Foodservice supplies | | | | 420.62 |
| ACCOUNT NO.  4991 <br><br> Pepsi-Cola <br> 6200 Patterson <br> Little Rock AR 72209 | | | Consideration: Foodservice supplies | | | | 4,299.92 |
| ACCOUNT NO.  9261 <br><br> Pitney Bowes Purchase Power <br> 500 Ross St Ste 154-0470 <br> Pittsbugh PA 15262 | | | Consideration: Office supplies | | | | 695.95 |

Sheet no. __13__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $    7,291.31

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Watson Services, Inc._____,    Case No. _____
        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6315<br><br>Plan Benefit Services Inc<br>11910 Anderson Mill Road<br>Austin TX 78726 | | | Consideration: Benefits | | | | 200.00 |
| ACCOUNT NO.<br><br>Prudential Insurance Company<br>PO Box 7827<br>Philadelphia PA 19176 | | | Consideration: Insurance | | | | 1,356.80 |
| ACCOUNT NO.<br><br>Purchase Power - Pitney Bowes<br>500 Ross St Ste 154-0470<br>Pittsburgh PA 15262 | | | | | | | 96.01 |
| ACCOUNT NO.  tson<br><br>R Morgan Consulting<br>9440 Duckhorn Drive<br>Charlotte NC 28277 | | | Consideration: Constultants | | | | 650.00 |
| ACCOUNT NO.  0112<br><br>Reinhart Food Services LLC<br>1201 Progress Road<br>Suffolk VA 23434 | | | Consideration: Foodservice supplies | | | | 42,292.45 |

Sheet no. __14__ of __21__ continuation sheets attached           Subtotal▷ | $ | 44,595.26
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                           Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Watson Services, Inc._____,    Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0741<br><br>Reinhart Food Services LLC<br>1201 Progress Road<br>Suffolk VA 23434 | | | Consideration: Foodservice supplies | | | | 2,346.87 |
| ACCOUNT NO.  0266<br><br>Saf-Gard Safety Shoe Company<br>2804 Patterson Street<br>PO Box 10379<br>Greensboro NC 27407 | | | Consideration: Safety equipment | | | | 19.98 |
| ACCOUNT NO.<br><br>Security & Exchange Commission<br>100 F Street NE<br>Washington DC 20549 | | | | | | | Notice Only |
| ACCOUNT NO.  2494<br><br>Select Office Systems<br>1811 W Magnolia Blvd<br>Burbank CA 91506 | | | Consideration: Office supplies | | | | 517.92 |
| ACCOUNT NO.  6510<br><br>Shamrock Foods Company<br>3900E Camelback Rd Ste 300<br>Phoenix AZ 85018 | | | Consideration: Foodservice supplies | | | | 11,329.96 |

Sheet no.  15  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  14,214.73

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Watson Services, Inc.                                    ,    Case No. _____
              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  956 <br><br> Shelleys Foodservice <br> 700 Bergen Avenue <br> Jersey City NJ 07306 | | | Consideration: Foodservice supplies | | | | 1,893.16 |
| ACCOUNT NO. <br><br> SOO SuperValu Foods <br> 917 Ashmun Street <br> Sault Ste Marie MI 49783 | | | Consideration: Foodservice supplies | | | | 12.58 |
| ACCOUNT NO.  6036 <br><br> Spruce Industries <br> 759 East Lincoln Avenue <br> Rahway NJ 07065 | | | Consideration: Janitorial services | | | | 70.17 |
| ACCOUNT NO.  76-0 <br><br> Swire Coca-Cola USA <br> 12634 South 265 West <br> Draper UT 84020 | | | Consideration: Foodservice supplies | | | | 2,853.01 |
| ACCOUNT NO.  8730 <br><br> Sysco <br> 7000 Harbor View Blvd <br> Suffolk VA 23435 | | | Consideration: Foodservice supplies | | | | 28,460.40 |

Sheet no.  16  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    33,289.32

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Watson Services, Inc._____,    Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3750<br>Sysco Arkansas LLC<br>5700 W 65th Street<br>Little Rock AR 72209 | | | Consideration: Foodservice supplies | | | | 91,840.32 |
| ACCOUNT NO.  0117<br>Sysco Denver Inc<br>24500 Hwy 290<br>Cypress TX 77429 | | | Consideration: Foodservice supplies | | | | 7,999.15 |
| ACCOUNT NO.  6067<br>Sysco Grand Rapids<br>3700 Sysco Court<br>Grand Rapids MI 49512 | | | Consideration: Foodservice supplies | | | | 11,338.77 |
| ACCOUNT NO.  3670<br>Sysco Port of York<br>7000 Harbor View Blvd<br>Suffolk VA 23435 | | | Consideration: Foodservice supplies | | | | 364.94 |
| ACCOUNT NO.  tson<br>Teamsters Local 445 Pension<br>15 Stone Castle Road<br>Rock Tavern NY 12575 | | | Consideration: Benefits | | | | 144,417.30 |

Sheet no. __17__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  255,960.48

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Watson Services, Inc._____,   Case No. _____
  **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1076<br><br>Time Equipment Corp<br>131-16 101st Avenue<br>South Richmond Hill NY 11419 | | | Consideration: Timeclock systems | | | | 892.87 |
| ACCOUNT NO.  1022<br><br>Time Warner Cable - Newburgh<br>60 Columbus Circle<br>New York NY 10023 | | | Consideration: Communication services | | | | 903.67 |
| ACCOUNT NO.  9640<br><br>Tropicana Chilled DSD<br>75 Remittance Dr Ste 1856<br>Chicago IL 60675 | | | Consideration: Foodservice supplies | | | | 7,900.62 |
| ACCOUNT NO.  2d89<br><br>Unified eMail Inc<br>2933 North 36th St<br>Lincoln NE 68504 | | | Consideration: Data management | | | | 60.00 |
| ACCOUNT NO.  tson<br><br>University Sports Publications<br>570 Elmont road<br>Elmont NY 11003 | | | Consideration: Advertising | | | | 2,950.00 |

Sheet no. __18__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $   12,707.16

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 310023-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Watson Services, Inc._____,    Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Attorney's Office - SDNY<br>Attn: Tax & Bankruptcy Unit<br>86 Chambers St  Third Floor<br>New York NY 10007 | | | | | | | Notice Only |
| ACCOUNT NO.  4935<br><br>US Food Services<br>40 Fort Lewis Blvd<br>Salem VA 24153 | | | Consideration: Foodservice supplies | | | | 47.87 |
| ACCOUNT NO.  0332<br><br>US Food Services<br>40 Fort Lewis Blvd<br>Salem VA 24153 | | | Consideration: Foodservice supplies | | | | 16,558.72 |
| ACCOUNT NO.  5246<br><br>Verizon<br>140 West Street<br>New York NY 10007 | | | Consideration: Wireless service | | | | 1,056.89 |
| ACCOUNT NO.  1694<br><br>Verizon<br>140 West Street<br>New York NY 10007 | | | Consideration: Wireless services | | | | 904.57 |

Sheet no. __19__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  18,568.05

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Watson Services, Inc._____,     Case No. _____
        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  525y<br><br>Verizon<br>140 West Street<br>New York NY 10007 | | | Consideration: Wireless services | | | | 620.18 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>PO Box 408<br>Newark NJ 07101 | | | Consideration: Wireless service | | | | 582.35 |
| ACCOUNT NO.  5036<br><br>Virginia Foodservice Group<br>12500 West Creek Parkway<br>Richmond VA 23238 | | | Consideration: Foodservice supplies | | | | 155,312.25 |
| ACCOUNT NO.  7796<br><br>Virginia Foodservice Group<br>12500 West Creek Parkway<br>Richmond VA 23238 | | | Consideration: Foodservice supplies | | | | 27,554.35 |
| ACCOUNT NO.  0566<br><br>White Plains Linen<br>4 John Walsh Blvd<br>Peekskill NY 10566 | | | Consideration: Laundry services | | | | 820.93 |

Sheet no. __20__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $     184,890.06

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Watson Services, Inc._____,    Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  tson<br><br>Yocum & McKee<br>15401 W 9th Ave<br>Golden CO 80401 | | | Consideration: Software provider | | | | 821.72 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _21_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▷ | $ | 821.72 |
| Total ▷ | $ | 1,382,494.62 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07)**

In re    Watson Services, Inc.                                    Case No. _____
_____
             **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US Military Academy<br>MICC-West Point-CSD IV<br>681 Hardee Place<br>West Point NY 10996-1514 | Food service contract<br><br>Contract No: NAFPA2-13-C-0020 |
| USACA, US Military Academy<br>Directorate of Contracting<br>681 Hardee Place<br>West Point NY 10996 | Food service contract<br><br>Contract No: W911SD-10-C-0013 |
| Pine Ridge Job Corps Center<br>15710 Hwyv385<br>Chadron NE 69337 | Food service contract |
| USCG Sector Sault Ste Marie<br>337 Water Street<br>Sault Ste Marie MI 49783-9501 | Food service contract<br><br>Contract No: HSCG84-11-N-AA9388 |
| USCG Sector North Carolina<br>2301 East Fort Macon Road<br>Atlantic Beach NC 28512-5633 | Food service contract<br><br>Contract No: HSCG84-10-N-AA5341 |
| USCG Training Center Yorktown<br>1 US Coast Guard Training Center<br>Yorktown VA 23690-5000 | Food contract service<br><br>Contract No: HSCG84-C-10-AA5349 |
| City of New York  FDNY<br>FDNY Headquarters<br>9 MetroTech Center<br>Brooklyn NY 11201-3857 | Food service contract |

In re  Watson Services, Inc.                                    Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NavSup FLC Norfolk Contracting<br>Philadelphia Office<br>700 Robbins Ave Bldg 2B<br>Philadelphia PA 19111-5083 | Food service contract<br>Contract No: N00189-13-C-Z013 |
| Teamsters Local 445 IBT<br>15 Stone Castle Road<br>Newburgh NY 12550 | Collective Bargaining Agreement |
| ITPEU Local 4873 AFL-CIO<br>2222 Bull Street Ste 200<br>Savannah GA 31401 | Collective Bargaining Agreement |
| Grand Newburgh Holdings LLC<br>47 Grand Street<br>Newburgh NY 12550 | Lease for 47 Grand Street, Newburgh NY<br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re    Watson Services, Inc.                                    Case No.
_____                              _____
               **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Frederick A Watson<br>186 East Searsville Road<br>Montgomery NY 12549 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |
| Malcolm Dunn<br>1038 Central Avenue<br>Plainfiled NJ 07060 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |
| Grand Newburgh Holdings LLC<br>45 Grand Street<br>Newburgh NY 12550 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |
| Frederick A Watson<br>186 East Searsville Road<br>Montgomery NY 12549 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |
| Malcolm Dunn<br>1038 Central Avenue<br>Plainfiled NJ 07060 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |
| Grand Newburgh Holdings LLC<br>45 Grand Street<br>Newburgh NY 12550 | JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 |

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re ___Watson Services, Inc._____    Case No. _____
         Debtor

                                             Chapter ___11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $       0.00 | | |
| B – Personal Property | YES | 3 | $   1,102,980.06 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   1,133,546.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $      10,319.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $   1,382,494.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $       0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $       0.00 |
| TOTAL | | 34 | $   1,102,980.06 | $   2,526,360.56 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## Southern District of New York

In re    Watson Services, Inc. _____      Case No. _____

            Debtor

                       Chapter    11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $    N.A. |
| Average Expenses (from Schedule J, Line 22) | $    N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

Watson Services, Inc.

**In re** _____          **Case No.** _____
                    **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                          Debtor

Date _____          Signature: _____
                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                  Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
        Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Watson Services, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date ____01/13/2015_____          Signature: _____ /s/ Frederick A. Watson_____

                                                                  _____FREDERICK A. WATSON_____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In Re  Watson Services, Inc.                                                    Case No. _____
                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT       | SOURCE          |
|------|--------------|-----------------|
| 2014 |              | Not filed       |
| 2013 | (92,188.00)  | business losses |
| 2012 | (18,155.00)  | business losses |

B7 (Official Form 7) (04/13)                                                                                              2

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JPMorgan Chase Bank NA<br>Fishkill Business Banking LPO<br>300 Westage Business Ctr Dr Ste 340<br>Fishkill NY 12524 | | | 1,004,061.08 |
| Grand Newburgh Holdings LLC<br>47 Grand Street<br>Newburgh NY 12550 | | | 9,913.98 |

B7 (Official Form 7) (04/13)                                                                                    3

---

None

☒          *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
           for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
           include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

☐          a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
           preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
           information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ITPEU Pension Fund, et al. vs Watson Food Services Inc Index No. 2:14-CV-2901-SDW-SCm | | US District Court District of New Jersey | Pending |
| Sysco Arkansas vs Watson Services Inc et al. Index No. 60CV-14-4719 | Collections | Circuit Court Pulaski County State of Arkansas | Pending |

---

None

☒          b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within
           one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
           13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
           unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    4

---

**5.  Repossessions, foreclosures and returns**

None
☒
      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and Receiverships**

None
☒
a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None
☒
b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
☒
      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐        for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Hayward, Parker, O'Leary & Pinsky<br>225 Dolson Avenue, PO Box 929<br>Middletown, NY 10940 | | Legal fee:  $18,283.00<br>Filing fee:     1,717.00 |

**10.  Other transfers**

None        a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒        of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY OR<br>DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                7

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

**15.  Prior address of debtor**

None


    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None


    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None


a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None


| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          8

None    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law
☒       with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or
        was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☒       businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
        managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or
        other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
        which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
        preceding the commencement of this case.

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
        beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
        voting or equity  securities, within the six years immediately preceding the commencement of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
        beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
        voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☒       U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

        The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

        *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has
not been in business within those six years should go directly to the signature page.)*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.11-871 - Tuesday, January 13, 2015, at 14:43:27 - 31023-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                          9

---

**19. Books, record and financial statements**

None     a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐       bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

Thomas F. Lindgren CPA, PC
417 Albany Ave
PO Box 4236
KIngston NY 12402

Emily Juarbe-Rivera, CPA
47 Grand Street
Newburgh NY 12550

---

None     b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒       have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                        DATES SERVICES RENDERED

---

None     c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒       of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                             ADDRESS

---

None     d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒       financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                          DATE
                                                         ISSUED

---

**20. Inventories**

None     a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒       taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR             DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

B7 (Official Form 7) (04/13)                                                                                            10

---

None   b.   List the name and address of the person having possession of the records of each of the two inventories
☒   reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21. Current Partners, Officers, Directors and Shareholders**

None   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

None   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐   or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Frederick A Watson<br>186 East Searsville Road<br>Montgomery NY 12549 | President | 62% Shareholder |
| Ronald Ward<br>71 Pleasant Ridge Drive<br>Poughkeepsie NY 12603 | Vice President | |
| Malcolm Dunn<br>1038 Central Avenue<br>Plainfield NJ 07060 | | 38% Shareholder |

---

**22. Former partners, officers, directors and shareholders**

None   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒   preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              11

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
⊠              within one year immediately preceding the commencement of this case.

    NAME AND ADDRESS                              TITLE                        DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distribution by a corporation

None           If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
⊠       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

   NAME & ADDRESS OF                    DATE AND PURPOSE                  AMOUNT OF MONEY OR
   RECIPIENT, RELATIONSHIP                OF WITHDRAWAL                 DESCRIPTION AND VALUE
      TO DEBTOR                                                        OF PROPERTY

### 24.  Tax Consolidation Group

None           If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
⊠       any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
        period immediately preceding the commencement of the case.

   NAME OF PARENT CORPORATION               TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25.  Pension Funds

None           If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☐       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

    NAME OF PENSION FUND                 TAXPAYER IDENTIFICATION NUMBER (EIN)

Local 445 Pension Fund

ITPE Pension Fund

               *    *    *    *    *    *

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:27 - 310123-302Y,***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                    12

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  01/13/2015                        Signature    /s/ Frederick A. Watson
_____                       _____

                                                    FREDERICK A. WATSON,
                                                    President

                                                    _____
                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                              0    continuation sheets attached
                        _____

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON–ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

AE ADVERTISING  WEB DESIGN
PO BOX 729
CHESTER NY 10918

AFLAC
22 CORPORATE WOODS BLVD
ALBANY NY 12211

ALSCO - PORT OF YORK
500 E SOUTH TEMPLE
SALT LAKE CITY UT 84102

AMERICAN ALARM CO INC
17 ROCK CUT ROAD
NEWBURGH NY 12550

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK NY 10285

APPLIED UNDERWRITERS
10805 OLD MILL ROAD
OMAHA NE 68154

BANK OF AMERICA
100 N TRYON ST
CHARLOTTE NC 28202

BEN E KEITH FOODS
601 E 7TH STREET
FORT WORTH TX 76102

BOSTON MUTUAL LIFE INSURANCE
PO BOX 55153
BOSTON MA 02205

CD WINDOW CLEANING
PO BOX 385
NEW HAMPTON NY 10958

CAROL NABERHAUS
217 SOUTH DRIVE
BEAUFORT NC 28516

CENTRAL HUDSON GAS  ELECTRIC
284 SOUTH AVE
POUGHKEEPSIE NY 12601

CHARLES B MERRILL
190S ROBINSON AVE
NEWBURGH NY 12550

CHARTER COMMUNICATIONS
12405 POWERSCOURT DRIVE
ST LOUIS MO 63131

CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE LINE OF CREDIT
PO BOX 6026 MAIL CODE IL1-0054
CHICAGO IL 60680

CINTAS CORPORATION
6800 CINTAS BLVD
CINCINNATI OH 45262

CITY OF NEW YORK  FDNY
FDNY HEADQUARTERS
9 METROTECH CENTER
BROOKLYN NY 11201-3857

CONTRACTORS PLAN TRUST
11910 ANDERSON MILL ROAD
AUSTIN TX 78726

COVERALL
1050 WALL ST W STE 220
LYNDENHURST NJ 07071

COX COMMUNICATIONS
1400 HEARN DRIVE
ATLANTA GA 30319

COX COMMUNICATIONS
1400 HEARN DRIVE
ATLANTA GA 30319

CULLIGAN
131 LITTLE BRITAIN ROAD
NEWBURGH NY 12550

DUSTY MOP  MAT RENTAL SERVICE
9924 BLAKE ST
MABELVALE AR 72103

EARTHGRAINS BAKING CO
255 BUSINESS CENTER DRIVE
HORSHAM PA 19044

ECO LAB
370 N WABASHA STREET
ST PAUL MN 55102

ECO LAB PEST ELIM DIVISION
26252 NETWORK PLACE
CHICAGO IL 60673

ECOLAB
370 N WABASHA ST
ST PAUL MN 55102


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673


ECOROQ OF ARKANSAS LLC
24300 CHENAL PKWY STE 9
LITTLE ROCK AR 72223


EPSTEIN BECKER  GREEN PC
250 PARK AVENUE
NEW YORK NY 10177


FEDERAL EXPRESS CORPORATION
3 GALLERIA TOWER
13155 NOEL RD STE 1600
DALLAS TX 75240


FOOD SERVICES OF AMERICA
16100 N 71ST ST STE 400
SCOTTSDALE AZ 85254


FREDERICK A WATSON
186 EAST SEARSVILLE ROAD
MONTGOMERY NY 12549


FREEDMAN  LORRY PC
1601 MARKET ST STE1500
PHILADELPHIA PA 19103


GIRVIN  FERLAZZO PC
20 CORPORATE WOODS BLVD
ALBANY NY 12211

GORDON FOOD SERVICE
3195 I75 BUSINESS SPUR
SAULT STE MARIE MI 49783

GORDON FOOD SERVICES INC
630 JOHN HANCOCK ROAD
TAUTON MA 02780

GRAND NEWBURGH HOLDINGS LLC
45 GRAND STREET
NEWBURGH NY 12550

GRAND NEWBURGH HOLDINGS LLC
47 GRAND STREET
NEWBURGH NY 12550

GREAT NECK LAUNDROMAT
4 WELWYN ROAD
GREAT NECK NY  11021

HARRIS SALES
416 W 3RD STREET
ALLIANCE NE 69301

HEALTHNOW ADMINISTRATIVE SERVICE
801 LAKEVIEW DR STE 301
BLUE BELL PA 19422

HUB INTERNATIONAL
777 COMMERCE DRIVE
FAIRFIELD CT 06825

HUB INTERNATIONAL NORTHEAST
777 COMMERCE DRIVE
FAIRFIELD CT 06825

HUGHES NETWORK SYSTEMS LLC
11717 EXPLORATION LANE
GERMANTOWN MD 20875

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO IL 60673

ITPE HEALTH  WELFARE FUND
24 OGLETHORPE PROF BLVD
PO BOX 13817
SAVANNAH GA 31406

ITPE PENSION FUND
216 NORTH AVE EAST 2ND FL
CRANFORD NJ 07016

ITPEU  AFL-CIO
2222 BULL ST  STE 200
SAVANNAH GA 31401

ITPEU LOCAL 4873 AFL-CIO
2222 BULL STREET STE 200
SAVANNAH GA 31401

J2DATANET LLC
PO BOX 356
HAWTHORNE NY 10532

JILBERTS DAIRY INC
24135 NETWORK PLACE
CHICAGO IL 60673

JPMORGAN CHASE BANK NA
FISHKILL BUSINESS BANKING LPO
300 WESTAGE BUSINESS CTR DR STE 340
FISHKILL NY 12524

K HALL SONS ENTERPRISES
1900 WRIGHT AVE
LITTLE ROCK AR 72202


KEYIMPACT SALES SYSTEMS
323 W 4TH STREET
NORTH LITTLE ROCK AR 72114


KINOCA MINOLTA
21146 NETWORK PLACE
CHICAGO IL 60673


LANDS END BUSINESS OUTFITTERS
6 LANDS END LANE
DODGEVILLE WI 53595


LIFE INSURANCE CO OF BOSTON NY
PO BOX 55068
BOSTON MA 02205


LINCOLN LIFE ANNUITY COMPANY
1300 SOUTH CLINTON ST
FORT WAYNE IN 46802


MALCOLM DUNN
1038 CENTRAL AVENUE
PLAINFILED NJ 07060


MASTERMANS LLP
11 C STREET BLDG 10
AUBURN MA 01501


MATTHEW J MALTA MD MPH
132 HOLIDAY COURT STE 201
ANNAPOLIS MD 21401


MINGES BOTTLING GROUP
128 PEPSI WAY
AYDEN NC 28513

NAVSUP FLC NORFOLK CONTRACTING
PHILADELPHIA OFFICE
700 ROBBINS AVE BLDG 2B
PHILADELPHIA PA 19111-5083


NUCO2 LLC
2800 NE MARKET PL
STUART FL 34997


PEPSI COLA ALLIANCE
1901 WINDHOEK DR
LINCOLN NE 68512


PEPSI-COLA
17200 WARWICK BLVD
NEWPORT NEWS VA 23603


PEPSI-COLA
6200 PATTERSON
LITTLE ROCK AR 72209


PINE RIDGE JOB CORPS CENTER
15710 HWY V385
CHADRON NE 69337


PITNEY BOWES PURCHASE POWER
500 ROSS ST STE 154-0470
PITTSBUGH PA 15262


PLAN BENEFIT SERVICES INC
11910 ANDERSON MILL ROAD
AUSTIN TX 78726


PRUDENTIAL INSURANCE COMPANY
PO BOX 7827
PHILADELPHIA PA 19176

PURCHASE POWER - PITNEY BOWES
500 ROSS ST STE 154-0470
PITTSBURGH PA 15262


R MORGAN CONSULTING
9440 DUCKHORN DRIVE
CHARLOTTE NC 28277


REINHART FOOD SERVICES LLC
1201 PROGRESS ROAD
SUFFOLK VA 23434


SAF-GARD SAFETY SHOE COMPANY
2804 PATTERSON STREET
PO BOX 10379
GREENSBORO NC 27407


SECURITY  EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON DC 20549


SELECT OFFICE SYSTEMS
1811 W MAGNOLIA BLVD
BURBANK CA 91506


SHAMROCK FOODS COMPANY
3900E CAMELBACK RD STE 300
PHOENIX AZ 85018


SHELLEYS FOODSERVICE
700 BERGEN AVENUE
JERSEY CITY NJ 07306


SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416

SOO SUPERVALU FOODS
917 ASHMUN STREET
SAULT STE MARIE MI 49783

SPRUCE INDUSTRIES
759 EAST LINCOLN AVENUE
RAHWAY NJ 07065

SWIRE COCA-COLA USA
12634 SOUTH 265 WEST
DRAPER UT 84020

SYSCO
7000 HARBOR VIEW BLVD
SUFFOLK VA 23435

SYSCO ARKANSAS LLC
5700 W 65TH STREET
LITTLE ROCK AR 72209

SYSCO DENVER INC
24500 HWY 290
CYPRESS TX 77429

SYSCO GRAND RAPIDS
3700 SYSCO COURT
GRAND RAPIDS MI 49512

SYSCO PORT OF YORK
7000 HARBOR VIEW BLVD
SUFFOLK VA 23435

TEAMSTERS LOCAL 445 IBT
15 STONE CASTLE ROAD
NEWBURGH NY 12550

TEAMSTERS LOCAL 445 PENSION
15 STONE CASTLE ROAD
ROCK TAVERN NY 12575

TIME EQUIPMENT CORP
131-16 101ST AVENUE
SOUTH RICHMOND HILL NY 11419


TIME WARNER CABLE - NEWBURGH
60 COLUMBUS CIRCLE
NEW YORK NY 10023


TREASURER - COUNTY OF YORK
ANN THOMAS
COMMISSIONER OF REVENUE
PO BOX 189
YORKTOWN VA 23690-0189


TROPICANA CHILLED DSD
75 REMITTANCE DR STE 1856
CHICAGO IL 60675


UNIFIED EMAIL INC
2933 NORTH 36TH ST
LINCOLN NE 68504


UNIVERSITY SPORTS PUBLICATIONS
570 ELMONT ROAD
ELMONT NY 11003


US ATTORNEYS OFFICE - SDNY
ATTN TAX  BANKRUPTCY UNIT
86 CHAMBERS ST  THIRD FLOOR
NEW YORK NY 10007


US FOOD SERVICES
40 FORT LEWIS BLVD
SALEM VA 24153


US MILITARY ACADEMY
MICC-WEST POINT-CSD IV
681 HARDEE PLACE
WEST POINT NY 10996-1514

USACA US MILITARY ACADEMY
DIRECTORATE OF CONTRACTING
681 HARDEE PLACE
WEST POINT NY 10996

USCG SECTOR NORTH CAROLINA
2301 EAST FORT MACON ROAD
ATLANTIC BEACH NC 28512-5633

USCG SECTOR SAULT STE MARIE
337 WATER STREET
SAULT STE MARIE MI 49783-9501

USCG TRAINING CENTER YORKTOWN
1 US COAST GUARD TRAINING CENTER
YORKTOWN VA 23690-5000

VERIZON
140 WEST STREET
NEW YORK NY 10007

VERIZON WIRELESS
PO BOX 408
NEWARK NJ 07101

VIRGINIA FOODSERVICE GROUP
12500 WEST CREEK PARKWAY
RICHMOND VA 23238

WHITE PLAINS LINEN
4 JOHN WALSH BLVD
PEEKSKILL NY 10566

YOCUM  MCKEE
15401 W 9TH AVE
GOLDEN CO 80401

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re ___Watson Services, Inc._____ ,

                            Debtor

Case No. _____

Chapter _____11_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 12 pages, is true, correct and complete to the best of my knowledge.

Date ____01/13/2015_____    Signature    /s/ Frederick A. Watson
                                                          _____
                                                          FREDERICK A. WATSON,
                                                          President

Mike Pinsky
Hayward, Parker,
O'Leary & Pinsky
225 Dolson Avenue,
PO Box 929
Middletown, NY 10940
845-343-6227

B203
12/94

# United States Bankruptcy Court
## Southern District of New York

In re  Watson Services, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................………………………….. $ ___18,283.00___

Prior to the filing of this statement I have received .......…………………............... $ ___18,283.00___

Balance Due ...........................……………………………………….................... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

In additional, the debtor paid the filing fee of $1,717.00.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
The commencement, prosecution or defense of any motion practice, contested matter(s) or adversary proceeding(s), including but not limited to loss mitigation proceedings, claims objections, matters involving the automatic stay (including the defense of motions for relief from the stay or the extension or imposition of the stay), objections to claims of exemption(s) or steps taken for the protection or preservation of exemption rights, motions to avoid liens (whether judicial liens, junior mortgage liens, or non- purchase money security interests), matters involving the sale, lease or use of property (including the use of cash collateral), matters involving financing, matters involving the cramdown of secured claims, the retention of professionals, applications for compensation  and reimbursement of expenses, transactional matters, matters involving abandonment, turnover, preference or fraudulent conveyance, appeals from orders of the Bankruptcy Court, the defense of appeals taken by others from orders of the Bankruptcy Court, and proceedings in any other court, tribunal or administrative agency.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___01/13/2015_____                    ___/s/ Mike Pinsky_____
Date                                                                              Signature of Attorney

Hayward, Parker, O'Leary & Pinsky
Name of law firm

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re    Watson Services, Inc.                                  ,

Debtor

Case No. _____

Chapter            11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Applied Underwriters 10805 Old Mill Road Omaha NE 68154 | Andrew Zimmerman Office: 877-234-4420 x 4254 Fax: 877-234-4431 Email: nbu@auw.com | Insurance | | 19,500.00 |
| Chase Card Services PO Box 15298 Wilmington DE 19850-5298 | Customer Service 800-945-2028 | Credit card | | 22,429.88 |
| Hub International 777 Commerce Drive Fairfield CT 06825 | Corenthia Walker Office: 203-337-1837 Fax: 917-934-9420 Email: Corenthia.Walker@HubInternational.com | Trade debt | | 22,441.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:28 - 31023-302Y-***** - PDF-XChange 4.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Virginia Foodservice Group 12500 West Creek Parkway Richmond VA 23238 | Shelia Shelton, Credit Manager 7420 Ranco Road Richmond VA 23228 Office: 804-237-1102 Fax: 804-266-2576 Email: sashelton@pfgc.com | Trade debt | | 27,554.35 |
| Bank of America 100 N Tryon St Charlotte NC 28202 | Jennifer Pizzarelli Bank of America Meadow Hill Branch 1414 Route 300 Newburgh NY 12550 845-566-4610 Email: Jennifer.Pizzarelli@bankofamerica.com | Credit card | | 28,201.49 |
| Sysco 7000 Harbor View Blvd Suffolk VA 23435 | Craig Jackson, Credit Manager Office: 757-673-4088 or 800-234-2451 Fax: 877-215-9160 Email: Jackson.Craig@shr.sysco.com | Trade debt | | 28,460.40 |
| ITPE Pension Fund YT 216 North Ave East 2nd Fl Cranford NJ 07016 | Christy or Debbie Office: 908-276-0800 | Pension contribution | | 33,191.37 |
| Epstein Becker & Green PC 250 Park Avenue New York NY 10177 | Steven M. Swirsky, Esq. Office: 212-351-4640 Fax: 212-878-8650 Email: sswirsky@ebglaw.com | Legal fees | | 34,919.44 |
| American Express 200 Vesey Street New York NY 10285 | Customer SErvice PO Box 1270 Newark NJ 07101 Marshall Street Irvington NJ 07111 800-492-8468 | Credit card | | 35,491.49 |
| Hub International Northeast 777 Commerce Drive Fairfield CT 06825 | Corenthia Walker Office: 203-337-1837 Fax: 917-934-9420 Email: Corenthia.Walker@HubInternational.com | Trade debt | | 35,536.90 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:28 - 31023-302Y-***** - PDF-XChange 4.0

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Reinhart Food Services LLC<br>1201 Progress Road<br>Suffolk VA 23434 | Lisa Horstman, Credit Manager<br>1021 Progress Road<br>Suffolk VA 23434<br>Office: 608-793-9269<br>Email: llhorstman@rfsdelivers.com | Trade debt | | 42,292.45 |
| ITPE Health & Welfare Fund<br>24 Oglethorpe Prof Blvd<br>PO Box 13817<br>Savannah GA 31406 | Kathy Heery, Admin. Asst. (to President)<br>Office: 800-327-5926<br>Fax: 912-352-8953<br>Email: kathy@itpehealth.com<br><br>Denise Moore, Union Representative<br>Office: 877-524-4873<br>Cell: 202-270-1344<br>Email: Dmoore.itpeucs@gmail.com | Union benefits | | 43,267.78 |
| Gordon Food Services Inc<br>630 John Hancock Road<br>Tauton MA 02780 | Thomas David Cummings, Credit Manager<br>Office: 774-226-1558<br>Email:<br>thomas.cummings@perkins1.com | Trade debt | | 47,299.71 |
| Food Services of America<br>16100 N 71st St Ste 400<br>Scottsdale AZ 85254 | Mary Ellen Gorshing, Credit Manager<br>5820 Piper Drive<br>Loveland CO 80538<br>Office: 970-612-1785<br>Fax: 206-676-1066<br>Email:<br>MaryEllen_Gorshing@FSAFood.com | Trade debt | | 58,143.10 |
| Contractors Plan Trust<br>11910 Anderson Mill Road<br>Austin TX 78726 | Marie Armstrong<br>Office: 512-827-5314<br>Cell: 512-961-9189<br>Fax: 512-827-4314<br>Email: marmstrong@fbg.com | Union employee benefits | | 65,254.48 |
| ITPE Pension Fund - NAVY<br>216 North Ave East 2nd Fl<br>Cranford NJ 07016 | Christy or Debbie<br>Office: 908-276-0800 | Pension contributions | | 91,247.51 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-871 - Tuesday, January 13, 2015, at 14:43:28 - 31023-302Y-***** - PDF-XChange 4.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Sysco Arkansas LLCV<br>5700 W 65th Street<br>Little Rock AR 72209 | Kelly Caldwell, Director of Credit<br>Office 501-562-4111 x 3696<br>Fax: 877-371-0335<br>Email:<br>Caldwell.Kelly@ar.sysco.com | Trade debt | | 91,840.32 |
| ITPE Health & Welfare Fund - N<br>24 Oglethorpe Prof Blvd<br>PO Box 13817<br>Savannah GA 31406 | Kathy Heery, Admin. Asst. (to President)<br>Office: 800-327-5926<br>Fax: 912-352-8953<br>Email: kathy@itpehealth.com<br><br>Denise Moore, Union Representative<br>Office: 877-524-4873<br>Cell: 202-270-1344<br>Email: Dmoore.itpeucs@gmail.com | Union employee benefits | | 141,535.58 |
| Teamsters Local 445 Pension<br>15 Stone Castle Road<br>Rock Tavern NY 12575 | Adrian Huff, Secretray, Treasurer, Principal Officer<br>Office: 845-564-5297 x 123<br>Fax: 845-564-4120<br>Email: Ahuff445@hvc.rr.com | Pension contributions | | 144,417.30 |
| Virginia Foodservice Group<br>12500 West Creek Parkway<br>Richmond VA 23238 | Shelia Shelton, Credit Manager<br>7420 Ranco Road<br>Richmond VA 23228<br>Office: 804-237-1102<br>Fax: 804-266-2576<br>Email: sashelton@pfgc.com | Trade debt | | 155,312.25 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____01/13/2015_____

Signature _____/s/ Frederick A. Watson_____

FREDERICK A. WATSON,
President

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re    Watson Services, Inc.                                    ,
                              Debtor

Case No. _____

Chapter    11

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

**List of Equity Security Holders**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.1-871 - Tuesday, January 13, 2015, at 14:43:28 - 310Z3-302Y-***** - PDF-XChange 4.0